**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

IN RE: MOTION TO SEAL APPLICATIONS,      )      Case No.  3:23sw18
WARRANTS, AND AFFIDAVITS FOR SEARCH )      Case No.  3:23sw19
WARRANTS                                                        )
_____      )



## GOVERNMENT'S MOTION TO SEAL APPLICATIONS
## AND AFFIDAVITS FOR SEARCH WARRANTS

Pursuant to Rule 49(B) of the Local Criminal Rules for this Court, the United States, by

and through its attorneys, Jessica D. Aber, United States Attorney, and Thomas A. Garnett,

Assistant United States Attorney, hereby moves the Court to issue an order sealing the applications

for search warrants, the affidavits in support of the applications, the search warrants, and the

Memorandum in Support of this motion, in the above-captioned case, until further order of the

Court, as outlined in the Memorandum in Support.

WHEREFORE, it is requested that this Motion be granted.


Respectfully submitted,

Jessica D. Aber
United States Attorney


By:    _____

Thomas A. Garnett
Assistant United States Attorney