IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE: MOTION TO SEAL APPLICATIONS, WARRANTS, AND AFFIDAVITS FOR SEARCH WARRANTS

Case No. 3:23sw18

Case No. 3:23sw19



## ORDER TO SEAL

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the search warrants, the applications for search warrants, the affidavits in support of the search warrants, and the Memorandum in Support of its Motion; and

The COURT, having considered the government's submissions, including the facts presented by the government to justify sealing; having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and having found that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that, the search warrants, applications for search warrants, affidavits in support of the search warrants, and Memorandum in Support of the Motion to Seal be sealed for a period of two years from the date of this Sealing Order.

Date: February 3, 2023
Richmond, Virginia

/s/ MRC

Hon. Mark R. Colombell
United States Magistrate Judge