AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☒ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

In the Matter of the Search of  )
*(Briefly describe the property to be searched or identify the person by name and address)*  )
XAVIER LOUIS LOPEZ, currently an inmate at Henrico County Jail East, located at 17320 New Kent Highway, Barhamsville, Virginia 23011  )

Case No. 3:23-sw-18

**FILED Feb 08 2023 CLERK, U.S. DISTRICT COURT RICHMOND, VA**

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Eastern    District of    Virginia
*(identify the person or describe the property to be searched and give its location)*:

XAVIER LOUIS LOPEZ, currently an inmate at Henrico County Jail East.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

DNA sample (buccal swabs)

**YOU ARE COMMANDED** to execute this warrant on or before    February 17, 2023    *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Hon. Mark R. Colombell    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    02/03/2023 10:35 am          /s/ MRC
                                                    *Judge's signature*

City and state:    Richmond, Virginia          Hon. Mark R. Colombell, United States Magistrate Judge
                                                    *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: 3:23-sw-18 | Date and time warrant executed: 2/7/2023  11:11 | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of : SA Crisafi  Xavier Lopez |||
| Inventory of the property taken and name(s) of any person(s) seized: 2 buccal swabs |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/7/2023

*Executing officer's signature*

Douglas H West, FBI TFO
*Printed name and title*